[Nos. 16286-5-II; 16356-0-II.   Division Two.   December 21, 1994.]

AUBURN TIMBER INC., *Appellant*, v. PORTAC, INC., ET AL, *Respondents*.

IRONTREE INC., ET AL, *Appellants*, v. PORTAC., INC., ET AL, *Respondents*.

Appeals from judgments of the Superior Court for Pierce County, No. 91-2-07688-5, Briam M. Tollefson, J., entered July 17 and 31, 1992. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 16120-6-II.   Division Two.   December 21, 1994.]

DANIEL C. SMITH, ET AL, *Appellants*, v. STEVEN HUNTER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-02773-6, Arthur W. Verharen, J., entered February 28, 1992. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Bridgewater, J.

[No. 16171-1-II.   Division Two.   December 21, 1994.]

LLOYD O. HOCKETT, ET AL, *Appellants*, v. FIRST NATIONAL INSURANCE COMPANY OF AMERICA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-2-01321-9, Leonard W. Kruse, J., entered June 12, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.